

**United States District Court**
**Eastern District of California**

| | |
|---|---|
| Glass Ireland LLC | Case Number: 2:24-cv-03291-DC-JDP |
| Plaintiff(s) | |
| V. | |
| Thick Vatos and Tacos LLC and Rodrigo Bueno | APPLICATION FOR PRO HAC VICE AND ~~PROPOSED~~ ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Karen Kreider Gaunt _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Glass Ireland LLC _____

On the below dates as indicated ____ (date), I was admitted to practice and presently in good standing in the

State of Ohio - 11/10/1997                                                     (court). A certificate of good standing from
U S. DistriictCourt for the Southern District of Ohio - J uly 1999 ____ the Supreme Court of Ohio is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: February 17, 2026 _____          Signature of Applicant: _____
                                                                     Karen Kreider Gaunt

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Karen Kreider Gaunt |
| Law Firm Name: | Dinsmore & Shohl LLP |
| Address: | 255 East Fifth Street, Suite 1900 |
| City: | Cincinnati        State: OH        Zip: 45202 |
| Phone Number w/Area Code: | 513-977-8503 |
| City and State of Residence: | Cincinnati, OH |
| Primary E-mail Address: | karen.gaunt@dinsmore.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Arielle I. Goren |
| Law Firm Name: | Dinsmore & Shohl LLP |
| Address: | 550 S Hope Street, Suite 2800 |
| City: | Los Angeles        State: CA        Zip: 90071 |
| Phone Number w/Area Code: | 213-596-0010        Bar # 331822 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 23, 2026

Dena Coggins
United States District Judge