Arielle I. Goren (331822)
Arielle.Goren@Dinsmore.com
**DINSMORE & SHOHL LLP**
550 S. Hope Street, Suite 2800
Los Angeles, CA 90071
Tel: (213) 596-0010
Fa x:(213) 335-7740

Attorney for Plaintiff
GLASS IRELAND LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

GLASS IRELAND LLC,

            Plaintiff,

v.

THICK VATOS AND TACOS LLC,
and RODRIGO BUENO, as alter ego of
THICK VATOS AND TACOS LLC,

            Defendants.

Case No. 2:24-cv-03291-DC-JDP

(~~*PROPOSED*~~) **ORDER ON SECOND JOINT STIPULATION EXTENDING DISCOVERY DATES AND REQUEST FOR ORDER**

Honorable Dena M. Coggins
Courtroom 8, 3rd Floor

Pursuant to the Parties' Second Joint Stipulation Extending Discovery Dates and good cause appearing therefor,

IT IS HEREBY ORDERED that the Fact Discovery Cut-Off Deadline is extended from March 13, 2026 to June 5, 2026.

IT IS SO ORDERED.

Dated:   March 10, 2026         _____
                              JEREMY D. PETERSON
                              UNITED STATES MAGISTRATE JUDGE