UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLASS IRELAND LLC, | Case No.  2:24-cv-3291-DC-JDP |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| THICK VATOS AND TACOS LLC, *et al.*, | |
| Defendants. | |

This case was before the court on March 5, 2025, for hearing on plaintiff's motion for sanctions.  ECF No. 24.  Attorneys Arielle Goren and Karen Kreider Gaunt appeared on behalf of plaintiff, and attorney William Bernheim appeared on behalf of defendants.

For the reasons stated on the record, it is hereby ORDERED that plaintiff's motion for sanctions, ECF No. 24, is DENIED.

IT IS SO ORDERED.


Dated:    March 13, 2026    
                                                            
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE